UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| MARLENE A. SMITH, | ) |
| Plaintiff, | ) 3:11-cv-00314-LRH-VPC ) |
| vs. | ) ORDER ) |
| J.P. MORGAN CHASE BANK; et al., | ) ) |
| Defendants. | ) ) |

Before the court is Plaintiff's Objection to the Order of the Honorable Valerie P. Cooke of October 30, 2012 Failing to Recuse Herself (#106[1]).  Defendants have filed a Response to Plaintiff's Objection to the Order of Magistrate Failing to Recuse Herself (#107).

The Court has conducted its review in this case, has fully considered the parties' pleadings, and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#104) will, therefore, be sustained and Plaintiff's Objection (#106) is DENIED.

IT IS SO ORDERED.

DATED this 7th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.