UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MARLENE A. SMITH, ) | |
|                 Plaintiff, ) | 3:11-cv-00314-LRH-VPC |
| vs. ) | ORDER |
| J.P. MORGAN CHASE BANK; et al., ) | |
|                 Defendants. ) | |

      Before the court is Plaintiff's Objections to the Orders of the Honorable Valerie P. Cooke of November 14, 2012, Denying Plaintiff's Second Motion to Compel and Granting a Protective Order Prohibiting Plaintiff's Deposing Stephen M. Cutler, Pursuant to F.R.C.P. 72(a) (#114). Defendants filed their Response (#117) on December 1, 2012. Plaintiff did not file a reply.

      The Court has conducted its review in this case, has fully considered the parties' pleadings, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

      The Magistrate Judge's Order (#114) will, therefore, be sustained: Plaintiff's Second Motion to Compel (#79) is DENIED, and Defendants' Motion for Protective Order (#105) is GRANTED.

      IT IS SO ORDERED.

      DATED this 7th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE