# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARLENE SMITH, | ) | 3:11-CV-0314-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 19, 2013 |
| | ) | |
| J.P. MORGAN CHASE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:** <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** <u>    LISA MANN    </u>      **REPORTER:** <u>NONE APPEARING</u>

**COUNSEL FOR PLAINTIFF(S):** <u>NONE APPEARING                    </u>

**COUNSEL FOR DEFENDANT(S):** <u>NONE APPEARING                    </u>

**MINUTE ORDER IN CHAMBERS:**

 Before the court is defendants' motion to seal (#158) and supplement to motion to seal (#163).  Plaintiff opposed the motion (#165), and defendants replied (#168).

 IT IS ORDERED that defendants' motion to seal (#158) is **GRANTED**.  Defendants have leave to file certain policies and procedures at issue *under seal*.  Defendants shall also have leave to file approximately 50 pages of email correspondence at issue *under seal*.

 **IT IS SO ORDERED.**

               LANCE S. WILSON, CLERK

          By:<u>       /s/                        </u>
               Deputy Clerk